Hon. Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NIKITA TARVER,<br><br>     Plaintiff,<br><br>  vs.<br><br>CITY OF SEATTLE AND SEVERAL UNKNOWN OFFICERS,<br><br>     Defendants. | No.   2:22-CV-00736-BJR<br><br>**STIPULATED MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DATE AND ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff, NIKITA TARVER, through her attorney, Jesse Valdez, and defendants, CITY OF SEATTLE AND SEVERAL UNKNOWN OFFICERS, through their attorney, Alexandra Nica, that the date for disclosure of expert witnesses in the above-entitled matter, be extended to January 31, 2024.  This extension is necessary to allow the plaintiff's police practices expert to comply with the requirements of Federal Rule of Civil Procedure 26(a)(2), due to the Plaintiff's counsel being out of the country.

This stipulation will not affect the balance of the Status (Pre-Trial Scheduling) Order signed by the Honorable Barbara J. Rothstein.

DATED this 13th day of December, 2023.

        By */s/ Jesse Valdez*_____
        Jesse Valdez, WSBA #35378
        VALDEZ LEHMAN, PLLC.
        Co-Counsel and Attorney for Plaintiff
        Nikita Tarver

DATED this 13th day of December, 2023.

        ANN DAVISON
        Seattle City Attorney

        By: */s/ Alexandra Nica*_____
        Alexandra Nica, WSBA# 58299
        Ghazal Sharifi, WSBA# 47750
        Catherine Riedo, WSBA#50418
        Assistant City Attorneys

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the date for disclosure of expert witnesses is hereby extended to January 31, 2024. This date for disclosure will not affect the balance of the Status (Pre-Trial Scheduling) Order.

DONE IN OPEN COURT/CHAMBERS this 14th day of December, 2023.

_____
Honorable Barbara J. Rothstein
United States District Judge