Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NIKITA TARVER,

              Plaintiff,

     vs.

CITY OF SEATTLE AND SEVERAL
UNKNOWN OFFICERS,

              Defendants.

No.     2:22-CV-00736-BJR

**ORDER**

## **ORDER**

     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the date for filing dispositive motions is hereby extended to May 31, 2024.  This date for disclosure will not affect the balance of the Status (Pre-Trial Scheduling) Order.

     Dated this 14th day of March, 2023.

Barbara      Jacobs      Rothstein
U.S. District Court Judge