The Honorable Barbara Jacobs Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NIKITA TARVER,<br><br>               Plaintiff,<br><br>vs.<br><br>WASHINGTON STATE, AND NICK KING,<br><br>               Defendants. | NO. 2:22-cv-00736<br><br>STIPULATED JUDGMENT[1] |

Judgment Summary (RCW 4.64.030):

| | |
|---|---|
| Judgment Creditor(s): | Nikita Tarver |
| Judgment Creditor(s)' Attorney(s): | Jesse Valdez; James Bible |
| Judgment Debtor: | Washington State Patrol |
| Judgment Amount: | $825,000.00 |
| Pre-Judgment Interest: | $0 |
| Post-Judgment Interest: | $0 |
| Taxable Costs and Attorney Fees: | $0 |

---

[1] In light of this judgment, all other pending motions are STRICKEN as MOOT.

STIPULATED JUDGMENT
CAUSE NO. 2:22-cv-00736

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
360-586-6300

THIS MATTER having come on regularly before the undersigned judge of the above-entitled Court; and the Plaintiff, Nikita Tarver, acting by and through Jesse Valdez and James Bible, and the Defendant, State of Washington, Washington State Patrol[2], acting by and through Nicholas W. Brown, Attorney General, and Brendan Lenihan, Assistant Attorney General; and these parties having made a stipulation pursuant to RCW 4.92.150, without any admissions of liability or fault, settling and compromising this action against the Washington State Patrol, and it appearing to the Court, after a review of the files and records herein and statements of counsel in open court, that the sum of EIGHT HUNDRED AND TWENTY-FIVE THOUSAND DOLLARS and 00/100 cents ($825,000.00) is a proper and just settlement to be paid by the Washington State Patrol to the Plaintiff; and the Court being fully advised, now, therefore,

IT IS HEREBY ORDERED That the Plaintiff Nikita Tarver shall have judgment against the Defendant State of Washington, Washington State Patrol for the total sum of EIGHT HUNDRED AND TWENTY-FIVE THOUSAND DOLLARS and 00/100 cents ($825,000.00). Reasonable fees and costs found by the court shall be deducted from these gross amounts. Additionally, any liens, subrogated interests, or outstanding medical bills of which Plaintiffs' counsel has actual or constructive notice prior to court approval of this settlement shall be resolved out of these gross amounts, and defendants shall have no liability for any such liens, interest, or bills.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED That neither party shall recover against any other party their respective fees, costs, nor interest herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED That, pursuant to the provisions of RCW 4.92.160, the Defendant, State of Washington, Washington State Patrol shall pay to the clerk of the above-entitled Court the sum of EIGHT HUNDRED AND TWENTY-FIVE

---

[2] Former defendant Nick King was previously dismissed with prejudice from this lawsuit. Nick King is not a party to this stipulated judgment, which is entered only against the Washington State Patrol.

STIPULATED JUDGMENT
CAUSE NO. 2:22-cv-00736

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
360-586-6300

THOUSAND DOLLARS and 00/100 cents ($825,000.00) for the benefit of the Plaintiff herein and that upon receipt of said sum the clerk thereof shall forthwith record this judgment as satisfied against the State of Washington, Washington State Patrol and shall hold such sum subject to the further order of this Court.

DONE this 28th day of May 2025.

THE HON. BARBARA JACOBS ROTHSTEIN

Presented by:

NICHOLAS W. BROWN
Attorney General

*/s/Brendan Lenihan*
BRENDAN LENIHAN, WSBA No. 56066
Assistant Attorney General
Attorney for the Washington State Patrol

Approved as to Form and
Notice of Presentation Waived:

VALDEZ LEHMAN, PLLC /
JAMES BIBLE LAW GROUP

S/James Bible

JAMES BIBLE, WSBA No. 33985
Attorneys for Plaintiff

STIPULATED JUDGMENT
CAUSE NO. 2:22-cv-00736

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
360-586-6300

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Bible, WSBA No. 33985
Jesse Valdez, WSBA No. 35378
JAMES BIBLE LAW GROUP / VALDEZ LEHMAN, PLLC.
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
(425) 748-4858
james@biblelawgroup.com
carla@biblelawgroup.com
jesse@valdezlehman.com

DATED this 22nd day of May 2025.

NICHOLAS W. BROWN
Attorney General

*/s/Brendan Lenihan*
BRENDAN LENIHAN, WSBA #56066
Assistant Attorney General
Attorney for Defendant Washington State Patrol

STIPULATED JUDGMENT
CAUSE NO. 2:22-cv-00736

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
360-586-6300